UNITED STATES of America,
Plaintiff–Appellee,

v.

Kevin REYNOLDS, Defendant–
Appellant.

No. 14–13896
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

April 18, 2016.

Cherie Krigsman, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Roger Bernard Handberg, III, U.S. Attorney's Office, Orlando, FL, for Plaintiff–Appellee.

Aaron S. Baghdadi, Baghdadi Law Office, Longwood, FL, for Defendant–Appellant.

Kevin Reynolds, Coleman, FL, pro se.

Before HULL, WILLIAM PRYOR and JORDAN, Circuit Judges.

PER CURIAM:

Aaron S. Baghdadi, appointed counsel for Kevin Reynolds, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Reynolds's convictions and sentences are **AFFIRMED.**